CHOLICK-CASAS ESTATE
D.R. CHOLICK ESTATE
v.
HARLINGEN POLICE CHIEFS:
J. SCHPNER, R. ARCHER,
D. CASTILLO, S. MEYER,
A. DICKES, MANNY VELA,
DANNY SARNA

CASE No. **B-19-073**

U.S. FEDERAL COURT
IN THE SOUTHERN
DISTRICT OF TEXAS
BROWNSVILLE

United States District Court
Southern District of Texas
FILED
MAY 07 2019
David J. Bradley, Clerk of Court

## PLAINTIFFS ORIGINAL PETITION

NOW COMES PLAINTIFFS' CHOLICK-CASAS TO BRING TO LIGHT IN FEDERAL COURT THAT HARLINGEN POLICE CHIEFS, MANNY VELA, HARLINGEN CITY SECRETARY DANNY SARNA ALL OF CAMERON COUNTY (AND OTHERS) HAVE CONSPIRED TO DEPRIVE CHOLICK-CASAS OF HER INHERITANCE AND HER LIFE BY NUMEROUS ATTEMPTS OF CREATING A FRAUDULENT GUARDIANSHIP REPEATEDLY ATTEMPTING TO MAKE CHOLICK-CASAS A WARD OF THE STATE OF TEXAS, THEREBY SILENCING CHOLICK-CASAS PERMANENTLY. CHOLICK-CASAS IS BANNED (ALLEGEDLY) FROM ALL CHARITIES IN HARLINGEN, ILLEGALLY, OF COURSE.

## SHORT BACKGROUND

ESTATES OF D.R. CHOLICK AND S.E. CHOLICK HAD BEEN DRAINED OF ALL MONIES FROM A STOCK BROKER ACCOUNT, USING A FRAUDULENT SS No. ENDING IN 22.. AND NOW CHOLICK-CASAS IS HOMELESS AS TWO (2) PROPERTIES HAVE BEEN SOLD IN FRAUDULENT SHERIFF SALES AT BROWNSVILLE. CHOLICK-CASAS IS ASKING $5M AS RECOMPENSE FOR DAMAGES DUE TO LIVING IN TERROR SINCE 1992.

956-730-3552  2310 Rainbow Circle, HGN, TX
Sylvia Cholick

