United States District Court
Southern District of Texas
**ENTERED**
June 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CHOLICK-CASAS ESTATE, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 1:19-CV-73 |
| § | |
| HARLINGEN POLICE CHIEFS, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiffs filed their complaint on May 7, 2019 (Doc. 1). Several months after their filing, Plaintiffs still had not served Defendants. As a result, the Court ordered that by no later than October 25, 2019, Plaintiffs serve Defendants and submit proof of service to the Court. (Doc. 18) Absent such proof by that date, the Court would dismiss this action without prejudice under Federal Rule of Civil Procedure 4(m). Plaintiffs failed to comply with this Order. Accordingly, it is:

**ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m).

The Clerk of the Court is directed to close this case.

SIGNED this 11th day of June, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge